```
                                                    FILED: APRIL 25, 2008
                                                    08CV2380 EDA
                                                    JUDGE LEFKOW
                                                    MAGISTRATE JUDGE ASHMAN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PROMETHEUS LABORATORIES INC., ) | |
| ) | Case No.:_____ |
| Plaintiff, ) | |
| ) | JUDGE:_____ |
| vs. ) | |
| ) | |
| PERSONAL CARE INSURANCE OF ) | |
| ILLINOIS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTIFICATION AS TO AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff Prometheus Laboratories Inc. makes the following disclosures:

1. Prometheus Laboratories Inc. is affiliated with Wachovia Capital Partners (Wachovia Capital Partners is affiliated with Wachovia Corporation).

2. Prometheus Laboratories Inc. is affiliated with DLJ Merchant Banking Partners (DLJ Merchant Banking Partners is affiliated with Credit Suisse).

3. Prometheus Laboratories Inc. is affiliated with The Sprout Group (The Sprout Group is affiliated with Credit Suisse).

Dated: April 25, 2008

Respectfully submitted,

Plaintiff PROMETHEUS
LABORATORIES INC.

By: _____Zachary T. Fardon_____
Zachary T. Fardon (IL bar no. 6292156)
LATHAM & WATKINS LLP
5800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 876-7700
Facsimile: (312) 993-9767
zach.fardon@lw.com