AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PROMETHEUS LABORATORIES INC.

V.

PERSONAL CARE INSURANCE OF ILLINOIS, INC.

CASE NUMBER: 08 CV 2380

ASSIGNED JUDGE: Judge Lefkow

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Ashman

TO: (Name and address of Defendant)

PersonalCare Insurance of Illinois, Inc.
200 W. Adams St.
Suite 2007
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zachary T. Fardon
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 5 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 5, 2008 |
| NAME OF SERVER *(PRINT)* Verlean Towns | TITLE Docket Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served PersonalCare Insurance of Illinois, Inc. by serving Premier Corporate Svcs., Registered Agent for PersonalCare Health Management, Inc. by serving Courtney Hightower, Receptionist authorized to accept service of summons and complaint.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 5, 2008        *Verlean Towns* (signature)
　　　　　　　Date　　　　　　　Signature of Server

　　　　　　　　　　　233 S. Wacker Dr., Ste 5800, Chgo, Il 60620
　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.