UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PROMETHEUS LABORATORIES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:08-CV-02380 |
| v. ) | |
| ) | Hon. Joan H. Lefkow |
| PERSONAL CARE INSURANCE OF ) | |
| ILLINOIS, INC. ) | Mag. Judge Martin C. Ashman |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME FOR
PERSONAL CARE INSURANCE OF ILLINOIS, INC.
TO RESPOND TO THE COMPLAINT**

Defendant, Personal Care Insurance of Illinois, Inc. ("Personal Care"), by its undersigned attorneys, respectfully submits this Motion for Enlargement of Time to Respond to the Complaint. In support of this motion, Personal Care states as follows:

1. Personal Care's response to Plaintiff's Complaint is due to be served on Tuesday, May 27, 2008.

2. Personal Care seeks a brief fourteen (14) day enlargement of time, up to and including Tuesday, June 10, 2008, to file its response to the Complaint. This motion for enlargement of time is made in good faith and not for purposes of delaying the ultimate resolution of this case.

3. Rule 6(b) of the Federal Rules of Civil Procedure provides this Court with discretion to enlarge any time prescribed by the federal rules, local rules, or court order. This is Personal Care's first motion for enlargement of time and is not made for the purpose of delay. Rather, this motion is made in an attempt to secure sufficient time to adequately prepare a response to the allegations of the Complaint and for the parties to explore resolution of this matter.

4.	On Friday, May 23, 2008, counsel for Personal Care spoke with counsel for Plaintiff via telephone, in part to request an extension of time to respond to the Complaint. Counsel for Plaintiff stated that he had no objection to the requested extension of time.

5.	As this extension is sought in good faith and not for purposes of delay, Personal Care respectfully requests that the Court grant it an enlargement of time in which to respond to the Complaint.

WHEREFORE, Defendant, PERSONAL CARE INSURANCE OF ILLINOIS, INC., respectfully requests that this Court enter an order granting it an enlargement of time, up to and including June 10, 2008, in which to serve a response to the Complaint.

Dated: May 27, 2008

Respectfully submitted,

PERSONAL CARE INSURANCE OF ILLINOIS, INC.

  /s/ Misti H. Floyd
One of Its Attorneys

Jeffrey C. Clark
Misti H. Floyd
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
(t) 312-849-8100
(f) 312-849-3690

*Attorneys for Personal Care Insurance of Illinois, Inc.*

## CERTIFICATE OF SERVICE

    I, Misti H. Floyd, an attorney, hereby certify that on May 27, 2008, I caused a copy of the foregoing *Motion for Enlargement of Time for Personal Care Insurance of Illinois, Inc. to Respond to the Complaint* to be filed with the Court's electronic filing system. Parties may access this document through that system. Additionally, I hereby certify that I caused copy of the same to be served via First Class U.S. Mail, postage prepaid, at 77 West Wacker Drive, Suite 4100, Chicago, IL 60601, upon the following people:

Zachary T. Fardon  
Joel S. Neckers  
Jason R. Brost  
Latham & Watkins LLP  
233 S. Wacker Drive  
Suite 5800  
Chicago, IL 60606  

                                                        /s/ Misti H. Floyd

\6286248.1