UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PROMETHEUS LABORATORIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PERSONAL CARE INSURANCE OF ) <br> ILLINOIS, ) <br> ) <br> Defendants. ) | Case No. 1:08-cv-02380 <br><br> Hon. Joan H. Lefkow <br><br> Mag. Judge Martin C. Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 10, 2008 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan H. Lefkow or any judge sitting in her stead at the United States District Court, 219 S. Dearborn Street, Chicago, Illinois, Courtroom 1925, and then and there present **MOTION FOR ENLARGEMENT OF TIME FOR PERSONAL CARE INSURANCE OF ILLINOIS, INC. TO RESPOND TO THE COMPLAINT**, a copy of which is served upon you.

Dated:  May 27, 2008

Respectfully Submitted,

/s/ Misti H. Floyd
Jeffrey C. Clark
Misti H. Floyd
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Phone: (312) 750-8636
Fax: (312) 920-7230

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **Notice of Motion for Motion for Enlargement of Time For Personal Care Insurance Company of Illinois, Inc. to Respond to the Complaint,** upon those referenced below:

>Zachary T. Fardon
>Joel S. Neckers
>Jason R. Brost
>Latham & Watkins LLP
>233 S. Wacker Drive
>Suite 5800
>Chicago, IL 60606

by depositing the same in the mailbox located at 77 West Wacker Drive, Chicago, Illinois 60601 with proper postage prepaid at or before 5:00 p.m. this 27th day of May, 2008.



/s/ Misti H. Floyd

Active\6286925.1