# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2380 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Prometheus Laboratories Inc vs. Personal Care Insurance of Illinois, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/24/2008. Defendant's oral motion for an extension of time to answer or otherwise plead to the complaint is granted to and including 7/8/2008. Joel Steven Neckers' oral motion to withdraw as counsel for plaintiff, Prometheus Laboratories Inc. is granted. The firm of Latham & Watkins will continue to represent the plaintiff. Status hearing continued to 7/8/2008 at 9:30 A.M.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | SB |
|---|---|---|